Dismissed and Memorandum Opinion filed March 2, 2006









Dismissed and Memorandum Opinion filed March 2, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NOS. 14-05-01166-CR
&

      14-05-01167-CR

____________

 

JOHN LEE HARVEY,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

Harris County,
Texas

Trial Court Cause Nos. 1017825
& 1017826

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to the offenses of aggravated
robbery and aggravated sexual assault. 
In accordance with the terms of plea bargain agreements with the State,
the trial court sentenced appellant on November 7, 2005, in each cause to
confinement for 24 years in the Institutional Division of the Texas Department
of Criminal Justice, with the sentences to run concurrently.  Appellant filed pro se notices of
appeal.  We dismiss the appeals.  








The trial court entered certifications of the defendant=s right to appeal in which the court
certified that these are plea bargain cases, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).  The records support the trial court=s certifications.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed March 2, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).